Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 7:11CR00359

Andrew Dedona

On December 29, 2009, the above named was placed on Supervised Release for a period of 180 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Andrew Dedona be discharged from Supervised Release.

Respectfully submitted,

by _____

Chris S. Porter
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _4th_ day of _November_, 20 _19_.

_____
Honorable Cathy Seibel
U.S. District Judge